**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 351 MAL 2022

          Respondent           :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

          v.                         :

                                  :

CHARLES JUNIOR WESTFALL,           :

                                  :

          Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 23rd day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.